UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEIYA COSMETICS, LLC.,

        Plaintiff(s),

    v.

BEYOND BEAUTY INTERNATIONAL, LLC., ET AL.,

        Defendant(s).
_____/

No. C 10-00967 JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, further a case management conference was scheduled on September 17, 2010, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **October 1, 2010, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the further case management conference on September 17, 2010, for failure to prosecute this action, and for failure to comply with the Court's Order. A further case management conference is also scheduled for October 1, 2010, at 1:30 p.m.

IT IS SO ORDERED.

Dated: September 21, 2010

                                                            JOSEPH C. SPERO
                                                            United States Magistrate Judge