**MOUNT & STOELKER, P.C.**     ATTORNEYS

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE: (408) 279-7000
FACSIMILE: (408) 998-1473

December 13, 2010

**Via Electronic Filing**

MAGISTRATE JUDGE JOSEPH C. SPERO
U.S. District Court for the Northern District of California
450 Golden Gate Ave.
Courtroom A, 15th Floor
San Francisco, CA 94102

      Re: Feiya Cosmetics LLC v. Beyond Beauty International LLC, et al.,
          Case No. 3:10-cv-00967-JCS (N.D. Cal.)
          Our File No. FEIYA006

Dear Judge Spero:

    Counsel for plaintiff Feiya Cosmetics LLC respectfully requests to appear by phone for the upcoming Order to Show Cause Hearing and Further Case Management Conference set for December 17, 2010 at 10:30 a.m.

    With the court's permission, I will be available at the following landline phone number (408.279.7000) and will wait for Ms. Hom to initiate the call.

    Thank you for your consideration.

IT IS HEREBY ORDERED that Mr. Lu shall be on phone stand by beginning at 10:30 AM and await the Court's call.

Dated: Dec. 13, 2010.

Sincerely,

On Lu

*[Seal: IT IS SO ORDERED / Judge Joseph C. Spero / United States District Court, Northern District of California]*