UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEIYA COSMETICS, LLC., | Case No. C-10-00967 JCS |
| Plaintiff(s), | |
| v. | **ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL MATERIALS [Docket No. 103]** |
| BEYOND BEAUTY INTERNATIONAL, LLC., ET AL., | |
| Defendant(s). | |

On May 20, 2011, the Court held a hearing on Plaintiff's pending default judgment motions. The Court requested supplemental materials, which were to be submitted no later than July 1, 2011. On June 30, 2011, Plaintiff requested an extension to July 15, 2011 in order to collect additional declarations. The Court granted that request. On July 14, 2011, Plaintiff requested another extension, to August 19, 2011. The Court grants Plaintiff's request. The supplemental materials requested by the Court shall be submitted no later than August 19, 2011. No further extensions shall be granted.

IT IS SO ORDERED.

Dated: July 18, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge