1  Daniel S. Mount (Cal Bar No. 077517)
   Kathryn G. Spelman (Cal. Bar No. 154512)
2  Daniel H. Fingerman (Cal. Bar No. 229683)
   On Lu (Cal. Bar No. 242693)
3  MOUNT, SPELMAN & FINGERMAN, P.C.
   333 West San Carlos Street, Suite 1650
4  San Jose, CA 95110
   Phone: 408.279.7000
5  Fax: 408.998.1473
   Email: dmount@mount.com; kspelman@mount.com; dfingerman@mount.com, onlu@mount.com
6
7  Attorneys for Plaintiff
   FEIYA COSMETICS, LLC

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEIYA COSMETICS, LLC, a California Limited Liability Corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>BEYOND BEAUTY INTERNATIONAL, LLC,;<br>ALEX SAVASTANO;<br>JENNY TRAN;<br>DONG VAN FASHIONS;<br>PHUONG TRINH BRIDAL AND TUXEDO;<br>TRINH TRINH;<br>BEAUTY YEN;<br>BRANDON NGUYEN;<br>QUYNH DAO VIDEO; and<br>HUNG TRAN<br><br>          Defendants. | Civil Case No.: 3:10-CV-00967-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS PHUONG TRINH BRIDAL AND TUXEDO, AND TRINH TRINH WITH PREJUDICE** |

1   Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff FEIYA COSMETICS, LLC dismisses
2   Defendants PHUONG TRINH BRIDAL AND TUXEDO and TRINH TRINH from the above-
3   captioned action WITH PREJUDICE.  Defendants responded to Plaintiff's Complaint on April 6,
4   2010.  This Stipulation for Dismissal is pursuant to the agreement executed between the parties for
5   settlement and the Injunction entered by Magistrate Judge Spero on July 8, 2011.

**STIPULATION**

The parties stipulate as follows:

The parties request that Defendants PHUONG TRINH BRIDAL AND TUXEDO and TRINH TRINH be dismissed from the above-captioned action WITH PREJUDICE.

Dated: July 12, 2011                           MOUNT, SPELMAN & FINGERMAN, P.C.



Daniel S. Mount, Esq.
Kathryn G. Spelman, Esq.
Daniel H. Fingerman, Esq.
On Lu, Esq.

Attorneys for Plaintiff
FEIYA COSMETICS, LLC


            /s/ Vi Katerina Tran

Vi Katerina Tran, Esq.
LAW OFFICES OF VI K. TRAN
1625 The Alameda, Suite 800
San Jose, CA 95126
Phone: (408) 659-0244

Attorney for Defendants
PHUONG TRINH BRIDAL AND TUXEDO and TRINH TRINH

# ORDER

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED.

Dated: __July 19, 2011_____        _____
                                         Magistrate Judge Joseph C. Spero
                                         United States Magistrate Judge
                                         NORTHERN DISTRICT OF CALIFORNIA

**ATTESTATION OF ELECTRONIC FILING**

As the attorney e-filing this document, I hereby attest that VI KATERINA TRAN, Esq., has concurred in this filing.

Dated: July 12, 2011                           /s/ On Lu

                                                                On Lu, Esq.
                                                                 MOUNT, SPELMAN & FINGERMAN, P.C.

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS ST.
SAN JOSE, CA 95110-2740
(408) 279-7000